IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEE HOLDEN PARKER,

    Petitioner,

-vs-

JACQUELINE LASHBROOK,

    Respondent.                                    No. 15-cv-326-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on June 20, 2016 (Doc. 23), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.** Judgment is in favor of the Respondent.

                                               JUSTINE FLANAGAN,
                                               ACTING CLERK OF COURT

                                               BY:   s/*Caitlin Fischer*
                                                         **Deputy Clerk**

**DATED:** June 20, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.20
15:15:14 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**