## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEE HOLDEN PARKER,

       Petitioner,

  -vs-

JACQUELINE LASHBROOK,

       Respondent.                          No. 15-cv-326-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on June 20, 2016 (Doc. 23), Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice.**

                               JUSTINE FLANAGAN,
                               ACTING CLERK OF COURT

                               BY:   s/*Caitlin Fischer*
                                    Deputy Clerk

**DATED:** June 21, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.21
09:37:47 -05'00'

**APPROVED:**
       **U.S. DISTRICT JUDGE**
       **U. S. DISTRICT COURT**